FILED '07 JUL 06 14:11 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

CELIA C. THOMAS,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV# 06-514-HO

ORDER GRANTING
STIPULATED EAJA FEES,
COSTS AND EXPENSES

The above-named parties, through their attorneys, agree that attorney fees in the amount of $3213.73 will be awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $11.60 in costs and $15.47 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2).

DATED this 6th day of July, 2007.

_/s/ Michael R. Hogan_
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff